# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0327
LT Case No. 2018-CA-007934

———————————————

HANI N. JADA,

    Appellant,

    v.

JOHNNY N. JADA and JADA
BROS., INC.,

    Appellees.

———————————————

Nonfinal appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Hani N. Jada, Jacksonville, pro se.

Paul M. Eakin and Nancy C. Harrison, of The Law Office
of Nancy C. Harrison, Esq., P.L., Atlantic Beach, for
Appellees.

February 3, 2026

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————